IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY ANN (SHAW) NAWROCKI,

     Plaintiff,

  v.

RORY FOSTER,

     Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  18-cv-993-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/

 
Peter Oppeneer, Clerk of Court

1/7/2019

 
Date