# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Mary Ann Nawrocki

          Plaintiff,          NOTICE OF APPEAL

Case No. 3:2018-cv-00993

Rory Foster

          Defendant,

Notice is given that the plaintiff/defendant, ***Mary Ann Nawrocki***, appeals to the United States Court of appeals for the Seventh Circuit Court from the final judgement entered in this action on appeal letter is ***retroactive***, on any dismissals in the past and / or future.

Dated and signed this 17 day of August, 2020

Madison,      Wisconsin

Signature _Mary Nawrocki_

Date 8-17-2020

Address is private because of an attack on my life

@ the Civic Center Transit Site

I, assume by the state of Wisconsin

Case No. 4:18-cv-1034 -JCH

Contact me via, email, wi.crueltyhatred@gmail.com